# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135135

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PATRICK J. CONELY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 135135
COA: 276792
Livingston CC: 02-013106-AR
53rd DC: 01-005883-SM

      On order of the Court, the application for leave to appeal the October 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

_____
Clerk

s1217